IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA HUCKABAA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:11-cv-286-TFM |
| ) | [wo] |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **OPINION and ORDER**

On October 31, 2011, the Defendant filed its unopposed *Motion to Reverse and Remand,* for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). (Doc. 15). The Plaintiff does not object to this motion. In addition, the parties have consented to entry of final judgment by the United States Magistrate Judge. *See* 28 U.S.C. § 636(c). Accordingly, it is

ORDERED that the Defendant's motion to remand be and is hereby GRANTED. It is further

ORDERED and ADJUDGED that the decision of the Commissioner be and is hereby REVERSED and this case be and is hereby REMANDED to the Commissioner for further proceedings.

Done this 18th day of November, 2011.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

Case 1:11-cv-00286-TFM   Document 16   Filed 11/18/11   Page 2 of 2